IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**REPUBLICAN PARTY OF NEW MEXICO,**
*et al.*,

      **Plaintiffs,**

v.                                                                          Case No: 1:11-cv-900-WJ-KBM

**HECTOR BALDERAS, in his official capacity, New Mexico Attorney General; MAGGIE TOULOUSE OLIVER, in her official capacity, New Mexico Secretary of State; and District Attorneys RAÚL TORREZ, MARK D'ANTONIO, and DIANNA LUCE, in their official capacities,**

      **Defendants.**

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to Local Rule 7.4(e), Defendants provide this Notice of Completion of Briefing for their Motion to Strike Plaintiffs' New Declarations. All related filings for the motion are:

- Motion to Strike Plaintiffs' New Declarations (ECF No. 135, filed May 20, 2019);
- Plaintiffs' Opposition to Motion to Strike and, in the alternative, Motion for Supplemental Briefing (ECF No. 136, filed May 23, 2019); and
- Reply in Support of Motion to Strike Plaintiffs' New Declarations (ECF No. 138, filed June 17, 2019).

*Republican Party of N.M. v. Balderas*, Case No. 1:11-cv-900-WJ-KBM
Notice of Completion of Briefing
Page **1** of **2**

Respectfully Submitted,

By: /s/ Nicholas M. Sydow
Nicholas M. Sydow
Civil Appellate Chief
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorney for Defendants Hector Balderas, Maggie Toulouse Oliver, Raúl Torrez, Mark D'Antonio, and Dianna Luce*

## CERTIFICATE OF SERVICE

I certify that on July 10, 2019, I served the foregoing on counsel of record for all parties via the CM/ECF system.

/s/ Nicholas M. Sydow
Nicholas M. Sydow

*Republican Party of N.M. v. Balderas*, Case No. 1:11-cv-900-WJ-KBM
Notice of Completion of Briefing
Page **2** of **2**