United States District Court
District of New Mexico

| | |
|---|---|
| **Republican Party of New Mexico**, **Republican Party of Doña Ana County**, **Republican Party of Bernalillo County**, **Right to Life Committee of New Mexico**, **New Mexico Turn Around**, **Harvey Yates**, and **Jalapeño Corporation**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Hector Balderas**, in his official capacity, New Mexico Attorney General, **Maggie Toulouse Oliver**, in her official capacity, New Mexico Secretary of State, and District Attorneys **Raul Torrez**, **Dianna Luce**, and **Mark D'Antonio**, in their official capacities,<br><br>*Defendants*. | Civ. No. 1:11-cv-00900-WJ-KBM<br><br>**Order Granting Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Attorney's Fees** |

**Order Granting Plaintiffs' Unopposed Motion for Extension of
Time to File Motion for Attorney's Fees**

Plaintiffs have filed their *Unopposed Motion for Extension of Time to File Motion for Attorney's Fees*, and the Court being duly advised now **GRANTS** said motion.

It is therefore ordered that the Parties shall have up to and including October 16, 2023 to file motions for attorney fees.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE